IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD DALTON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| McCOURT ELECTRIC, LLC, et al. | : | NO. 12-3568 |

## **O R D E R**

AND NOW, this 17th day of December, 2013, upon consideration of defendant Intermatic, Inc.'s Motion for Leave to File a Third Party Complaint (Doc. No. 50), and plaintiffs' opposition thereto (Doc. No. 55), and for the reasons set forth in the court's Memorandum of Decision filed this same day, it is hereby

**ORDERED**

that the Motion is **GRANTED**. Intermatic shall effect service of the Complaint and Summons within thirty (30) days of the date of this order.

BY THE COURT:

 /s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge