IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD DALTON, et al., | : | CIVIL ACTION |
| | : | NO. 12-3568 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MCCOURT ELECTRIC LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **7th** day of **July, 2015,** for the reasons stated in the Court's Memorandum dated July 7, 2015, it is hereby **ORDERED** as follows:

- Defendant Intermatic's Daubert Motion to Preclude Plaintiffs' Liability Expert (ECF No. 98) is **DENIED;**

- Defendant Deltran's Daubert Motion to Preclude Plaintiffs' Liability Expert (ECF No. 101) is **DENIED;** and

- Defendant Thyssen's Daubert Motion to Preclude Plaintiffs' Liability Expert (ECF No. 103) is **DENIED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**