```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DONALD DALTON, et al.,  : CIVIL ACTION
                                    : NO. 12-3568
    Plaintiffs,  :
                                    :
  v.  :
                                    :
MCCOURT ELECTRIC LLC, et al.,  :
                                    :
    Defendants.  :

## O R D E R

**AND NOW**, this **5th** day of **August, 2015**, it is hereby ORDERED that:

- Intermatic's motion for summary judgment (ECF No. 99) is **DENIED**;

- Deltran's motion for summary judgment (ECF No. 100) is **DENIED**;

- Thyssen's motion for summary judgment to dismiss Plaintiff's claims (ECF No. 105) is **DENIED**;

- Thyssen's motion for summary judgment to dismiss Deltran's fourth-party complaint (ECF No. 102) is **DENIED**; and

- Thyssen's motion for leave to file a fifth-party complaint (ECF No. 102) is **GRANTED**.

    **AND IT IS SO ORDERED.**

                                                           **/s/ Eduardo C. Robreno**
                                                           **EDUARDO C. ROBRENO, J.**