```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DONALD DALTON ET. AL.              :
                                   :   CIVIL ACTION NO.:
              VS.                  :
                                   :   12-CV-03568
MCCOURT ELECTRIC LLC ET. AL.       :

## ORDER

**AND NOW, TO WIT:** On this 13TH day of **December, 2016**, it having been reported that the issues between the parties in the above-action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

The Court will retain jurisdiction for 90 days to hear motions to vacate, modify, or strike from record, for cause shown, entry of the order of dismissal. Local Rule of Civil Procedure 41.1(b); see **Sawka v. Healtheast, Inc.** 989 F.2d 138 (3d Cir. 1993).

**IT IS SO ORDERED.**

                                        BY THE COURT:


                                        /s/ Eduardo C. Robreno
                                        EDUARDO C. ROBRENO,  J.


CC:   All Counsel



Kenneth T. Levine
*Direct:* 215.383.0224
*Cell:* 215.588.5085
klevine@delucalevine.com

December 12, 2016

**VIA FAX ONLY: 267-299-7428**

The Honorable Eduardo C. Robreno
U.S. District Court for the E.D. of PA
601 Market Street, Room 11614
Philadelphia, PA 19106

Re: **Donald Dalton and Loris Dalton, H/W and Eric Dalton and Sandi Dalton, H/W v. McCourt Electric LLC and Intermatic, Inc.**
Civil Action No: 2:12-CV-03568-JP

Dear Judge Robreno:

This letter is to notify the Court that counsel has reached a settlement regarding the above captioned matter. Please remove this case from the December 13th trial list.

Respectfully submitted,
de LUCA LEVINE LLC

*Kenneth Levine*

**KENNETH T. LEVINE**

KTL/lt
cc: **(via e-mail)**

Philip Priore, Esquire (email: ppriore@mccormickpriore.com)
Brad Remick, Esquire (email: bremick@mdwcg.com)

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 12672997428 |
| FROM | de Luca Levine, LLC |
| DATE | 2016-12-13 01:36:39 GMT |
| RE | RE: Donald Dalton and Loris Dalton, H/W and Eric Dalton and Sandi Dalton, H/W v. McCourt Electric LLC and Intermatic, Inc. |

## COVER MESSAGE

FAX COVER
To:

The Honorable Eduardo C. Robreno

Fax No.:

267-299-7428

From:

Kenneth Levine

Date:

December 12, 2016

Number of pages (including cover)

2

Re:

Settlement - Donald Dalton and Loris Dalton, H/W and Eric Dalton and Sandi Dalton, H/W v. McCourt Electric LLC and Intermatic, Inc.
Civil Action No: 2:12-CV-03568-JP

Notes/Comments: